12631

BROWN v. HOOKS

(147 S. E., 926)

242

Cases cited by respondent:

*Messrs. Herndon & Thompson,* for appellant,

*Mr. R. T. Jaynes,* for respondent,

April 4, 1929.

The opinion of the Court was delivered by MR. CHIEF JUSTICE WATTS.

This action was commenced on the 21st day of November, 1927. Upon the call of the calendar at the March term, 1928, Court of Common Pleas for Oconee County, S. C., a motion was made by defendant-appellant to refer the issues to the master. The motion was refused, and the defendant brings this appeal from the order denying the motion to refer. Notice of intention to appeal was given in due time.

The question involved is: Did the Circuit Judge err in refusing to refer the issues to the master? The exceptions are overruled under the recent case decided by this Court of *Sloan v. Burnett* (S. C.), 146 S. E., 601, and authorities therein cited.

Judgment affirmed.

MESSRS. JUSTICES BLEASE, STABLER, and CARTER concur.

MR. JUSTICE COTHRAN (concurring) : I concur, upon the
authority of the cases cited by counsel for respondent, which,
with the Circuit Judge's order, will be reported.